Order entered November 9, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01518-CV

## IN RE SHANNON WHALEY, Relator

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 10-14604

## ORDER

Before the Court is relator's Emergency Motion for Temporary Relief. We **GRANT** the motion and **STAY** the November 13, 2012 trial setting. This stay shall remain in effect until further order of this Court.

The Court also has before it relator's petition for writ of mandamus. The Court requests that real party in interest and respondent file any responses by November 19, 2012.

DAVID L. BRIDGES
JUSTICE